**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION**

FILED

00 SEP 20 AM 7:56

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MICHAEL JOE SHARITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 00-S-1830-J |
| | ) | |
| TRENT McCLUSKEY, et al, | ) | |
| | ) | |
| Respondent(s). | ) | |

**ENTERED**

SEP 2 0 2000

<u>**MEMORANDUM OF OPINION**</u>

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. As the copy of the report and recommendation sent to the petitioner was returned to the Clerk marked "Out of Jail," this petition is also due to be dismissed for lack of prosecution, the petitioner having failed to keep the court apprised of an address where he can be reached.   An appropriate order will be entered.

DONE, this _20th_ day of _September_ , 2000.

_____
UNITED STATES DISTRICT JUDGE